IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JASON E. PEMBERTON,<br><br>　　　　　　Defendant. | 8:24CR128<br><br><br>**ORDER** |

　　　　In accordance with the telephone conference held on July 29, 2025, as to Defendant, Jason E. Pemberton, (Filing No. 59), the defendant's unopposed oral motion conference is granted.

　　　　IT IS ORDERED:

1) Defendant's Unopposed Oral Motion for a Status Conference, (Filing No. 59), is granted.

2) Defendant's Unopposed Motion to Extend Time to File Pretrial Motions, (Filing No. 57), is denied as moot.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and on August 22, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) A status conference will be held in person before the undersigned magistrate judge at 9:30 a.m. on August 22, 2025. Counsel for the parties shall appear, and the defendant must be present.

　　　　Dated this 29th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge